UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:18-mj-00073

SEARCH WARRANT

**O R D E R**

Upon consideration of the United States Motion to Unseal, it
is hereby **ORDERED** that the Search Warrant and all related documents
in this case be unsealed.

ENTER:  April 24, 2020

HONORABLE DWANE L. TINSLEY
UNITED STATES MAGISTRATE JUDGE